**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 26th day of May, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:

WILLIAM FRANKLIN BEST, JR. and
FREDA CRISTINE BEST

Case No. 23-20209

Debtors.

**ORDER ON REAFFIRMATION AGREEMENT**

A Reaffirmation Agreement between Debtors and EMVLP, LLC has been filed with the Court on May 24, 2023.

COURT ORDER:

The Court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

\# \# \#